**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| WAI HSAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIV-20-1178-R |
| | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner filed this action challenging his continued detention while awaiting deportation. Pursuant to 28 U.S.C. § 636(b)(1)(a), the case was referred to United States Magistrate Judge Gary M. Purcell for preliminary review. On December 2, 2020, Judge Purcell issued a Report and Recommendation wherein he recommended that Mr. Hsan's Application for Leave to Proceed *In Forma Pauperis* be denied in light of his available resources. (Doc. No. 7). The record reflects that Petitioner has not objected to the Report and Recommendation nor sought an extension of time in which to respond. Accordingly, the Report and Recommendation is hereby ADOPTED. The Application for Leave is DENIED. Petitioner shall pay the $5.00 filing fee not later than January 25, 2021. Failure to tender the payment by that date will result in dismissal of this action without prejudice without further notice.

IT IS SO ORDERED this 4th day of January 2021.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE